FREDERICK GIBLIN, Respondent, *v.* NATIONAL STEAMSHIP COMPANY (Limited), Appellant.

*Giblin* v. *National S. S. Co* . 8 Misc. Rep. 22, affirmed.
(Argued March 2, 1897; decided March 16, 1897.)

APPEAL from a judgment of the General Term of the Superior Court of the city of New York, entered May 10, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*John Chetwood* for appellant.

*Henry W. Goodrich* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.